# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                           )

**BRIDZETTE LANE,**                        )
**Individually and as the Personal**    )
**Representative of the Estate of**      )
**Ralphael Briscoe,**                   )
                                                           )
                    **Plaintiff,**              )
          v.                                          )     Case No.: 12-cv-0514 (BAH)
                                                           )
**DISTRICT OF COLUMBIA,** *et al.*,   )
                                                           )
                  **Defendants.**          )
_____)

## DEFENDANT OFFICER CHAD LEO'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Officer Chad Leo ("Leo"), by and through undersigned counsel, hereby answers Plaintiff's Amended Complaint in the above-captioned matter.

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant states the following in response to the individually numbered paragraphs in the Amended Complaint:

### JURISDICTION AND VENUE

1.      The allegations asserted in paragraph 1 of the Amended Complaint are legal conclusions of the pleader to which no response is required.

2.      The allegation asserted in paragraph 2 of the Complaint is a legal conclusion of the pleader to which no response is required.

3. The allegation asserted in paragraph 3 of the Amended Complaint is a legal conclusion of the pleader to which no response is required.

4. The allegations asserted in paragraph of the Amended Complaint are legal conclusions of the pleader to which no response is required.  Further answering, this Defendant lacks sufficient information to either admit or deny these allegations.

## **PARTIES**

5. Defendant lacks sufficient information to admit or deny the allegations set forth in paragraph 5.

6. Defendant lacks sufficient information to admit or deny the allegations set forth in paragraph 6.

7. Defendant admits the allegations in paragraph 7.

8. The allegations asserted in paragraph 8 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

9. The allegations asserted in paragraph 9 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

10. Defendant admits the allegations in paragraph 10.

11. The allegations asserted in paragraph 11 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

12. Defendant lacks sufficient information to admit or deny the allegations set forth in paragraph 12.

13. The allegations asserted in paragraph 13 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

14. Defendant lacks sufficient information to admit or deny the allegations set forth in paragraph 14.

15. The allegations asserted in paragraph 15 of the Amended Complaint are the legal conclusions of the pleader to which no response is required.

16. The allegations in paragraph 16 state legal conclusions of the pleader to which no response is required.

### FACTS

17. Defendant admits the allegations as set forth in paragraph 17.

18. Defendant Leo admits to occupying a black sports utility vehicle ("SUV") at all relevant times. Defendant Leo denies the remaining allegations as set forth in paragraph 18.

19. Defendant Leo admits that he first encountered Raphael Briscoe in the 2400 block of Elvans Road. Defendant Leo denies the remaining allegations as set forth in paragraph 19.

20. Defendant denies the allegations as set forth in paragraph 20.

21. Defendant Leo admits that members of the GRU pursued Ralphael Briscoe on foot while others pursued him in a black SUV. Defendant Leo denies the remaining allegations as set forth in paragraph 21.

22. Defendant admits the allegations as set forth in paragraph 22.

23. Defendant Leo admits that at least one of the shots he fired hit Raphael Briscoe. Defendant Leo denies the remaining allegations as set forth in paragraph 23.

24. Defendant admits that Raphael Briscoe fell to the ground in the driveway beside the residence at 2490 Elvans Road, S.E., Washington, D.C. after he was shot.

25. Defendant lacks sufficient information to admit or deny the allegations set forth in paragraph 25.

26. Defendant Leo admits that after Raphael Briscoe was shot, he was placed in handcuffs, and searhed. Defendant Leo lacks sufficient information to admit or deny the remaining allegations in paragraph 26.

27. Defendant Leo lacks sufficient information to admit or deny the allegation set forth in paragraph 27.

28. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 28.

29. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 29.

30. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 30.

31. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 31.

32. The allegations in paragraph 32 are legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

33. The allegations in paragraph 33 are legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

34. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 34.

35. The allegations in paragraph 35 are legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

36. The allegations in paragraph 36 are legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

37. Defendant Leo denies the allegations in paragraph 37.

38. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 38.

39. The allegations in paragraph 39 are legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

40. Defendant Leo lacks sufficient information to admit or deny the allegations set forth in paragraph 40.

41. Defendant Leo admits he is an officer of the Metropolitan Police Department. Further answering, Defendant Leo lacks sufficient information to admit or deny the remaining allegations set forth in paragraph 41.

42. The allegations in paragraph 42 are conclusions of the pleader and are irrelevant to the claims raised in this Complaint and for which no response is required.

43. Defendant Leo lacks sufficient information to admit or deny the truth of the allegations set forth in paragraph 43 and those allegations do not require a response.

44. The allegations in paragraph 44 are conclusions of the pleader for which no response is required.

45. The allegations in paragraph 45 are conclusions of the pleader for which no response is required. To the extent a response is required, the allegations are denied.

46. The allegations in paragraph 46 are conclusions of the pleader for which no response is required. To the extent a response is required, the allegations are denied.

47. The allegations in paragraph 47 are conclusions of the pleader for which no response is required. To the extent a response is required, the allegations are denied.

48. The allegations in paragraph 48 are conclusions of the pleader for which no response is required. To the extent a response is required, the allegations are denied.

49. The allegations in paragraph 49 are conclusions of the pleader for which no response is required. To the extent a response is required, the allegations are denied.

## COUNT I – Survival Act

50. Defendant incorporates by reference his responses to paragraphs 1-49 as if fully stated herein.

51. The allegations in paragraph 51 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT II – Wrongful Death

52. Defendant incorporates by reference his responses to paragraphs 1-51 as if fully stated herein.

53. The allegations in paragraph 53 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

54. The allegations in paragraph 54 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

55. The allegations in paragraph 55 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT III
## Violation of Ralphael Briscoe's Fourth Amendment
## Rights Pursuant to 42 U.S.C. § 1983
## (Individual Officers)

56. Defendant Leo incorporates by reference his responses to paragraphs 1-55 as if fully stated herein.

57. The allegations in paragraph 57 state legal conclusions of the pleader to which no response is required.

58. The allegations in paragraph 58 state legal conclusions of the pleader to which no response is required.

59. The allegations in paragraph 59 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

60. The allegations in paragraph 60 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

61. The allegations in paragraph 61 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

62. The allegations in paragraph 62 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT IV
### Violation of Ralphael Briscoe's Fourth Amendment Rights Pursuant to 42 U.S.C. § 1983
**(District of Columbia)**

63. Defendant Leo incorporates by reference his responses to paragraphs 1-55 as if fully stated herein.

64.-69. The allegations in paragraphs 63-69 do not pertain to this Defendant, therefore no response is required.

## COUNT V
### Violation of Ralphael Briscoe's Fifth Amendment Rights Pursuant to 42 U.S.C. § 1983
**(Individual Officers)**

70. Defendant Leo incorporates by reference his responses to paragraphs 1-69 as if fully stated herein.

71. The allegations in paragraph 71 state legal conclusions of the pleader to which no response is required.

72. The allegations in paragraph 72 state legal conclusions of the pleader to which no response is required.

73. The allegations in paragraph 73 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

74. The allegations in paragraph 74 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

75. The allegations in paragraph 75 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

76. The allegations in paragraph 76 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

77. The allegations in paragraph 77 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

**COUNT VI**
**Violation of Ralphael Briscoe's Fifth Amendment**
**Rights Pursuant to 42 U.S.C. § 1983**
**(District of Columbia)**

78. Defendant Leo incorporates by reference his responses to paragraphs 1-77 as if fully stated herein.

79.-85. The allegations in paragraphs 79-80 do not pertain to this Defendant, therefore no response is required.

## COUNT VII
## Violation of Ralphael Briscoe's Fourteenth Amendment
## Rights Pursuant to 42 U.S.C. § 1983
## (Individual Officers)

86. Defendant Leo incorporates by reference his responses to paragraphs 1-85 as if fully stated herein.

87. The allegations in paragraph 87 state legal conclusions of the pleader to which no response is required.

88. The allegations in paragraph 88 state legal conclusions of the pleader to which no response is required.

89. The allegations in paragraph 89 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT VIII
## Violation of Ralphael Briscoe's Fourteenth Amendment
## Rights Pursuant to 42 U.S.C. § 1983
## (District of Columbia)

90. Defendant Leo incorporates by reference his responses to paragraphs 1-89 as if fully stated herein.

91.–98. The allegations in paragraphs 90-98 do not pertain to this Defendant, therefore no response is required.

## COUNT IX
## (Assault of Ralphael Briscoe)
## (Against the District of Columbia and Leo)

99. Defendant Leo incorporates by reference his responses to paragraphs 1-98 as if fully stated herein.

100. The allegations in paragraph 100 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

101. The allegations in paragraph 101 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

102. The allegations in paragraph 102 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied

103. The allegations in paragraph 103 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

104. The allegations in paragraph 104 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

105. The allegations in paragraph 105 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

106. The allegations in paragraph 106 state legal conclusions of the pleader to which no response is required.

107. Defendant Leo denies the allegations set forth in paragraph 107.

108. The allegations in paragraph 108 state legal conclusions of the pleader to which no response is required.

### COUNT X
### (Battery of Ralphael Briscoe)
### Against the District of Columbia and Leo)

109. Defendant Leo incorporates by reference his responses to paragraphs 1-108 as if fully stated herein.

110. Defendant Leo denies that allegations in paragraph 110.

111. The allegations in paragraph 111 state conclusions of the pleader to which no response is required.

112. The allegations in paragraph 112 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

113. The allegations in paragraph 113 state legal conclusions of the pleader to which no response is required.

114. Defendant Leo denies that allegations in paragraph 114.

115. The allegations in paragraph 115 state legal conclusions of the pleader to which no response is required.

## COUNT XI
## (Assault of Ralphael Briscoe
## (Against the District of Columbia and Sharpton)

116. Defendant Leo incorporates by reference his responses to paragraphs 1-115 as if fully stated herein.

117.–125. The allegations in paragraphs 117-125 do not pertain to this Defendant, therefore no response is required.

## COUNT XII
## (Battery of Ralphael Briscoe
## (Against the District of Columbia and Sharpton)

126. Defendant Leo incorporates by reference his responses to paragraphs 1-125 as if fully stated herein.

126-132. The allegations in paragraphs 126-132 do not pertain to this Defendant, therefore no response is required.

## COUNT XIII
## (Assault of Ralphael Briscoe
## (Against the District of Columbia and Rivera)

133.   Defendant Leo incorporates by reference his responses to paragraphs 1-132 as if fully stated herein.

134-142. The allegations in paragraphs 134-142 do not pertain to this Defendant, therefore no response is required.

## COUNT XIV
## (Battery of Ralphael Briscoe
## (Against the District of Columbia and Rivera)

143.   Defendant Leo incorporates by reference his responses to paragraphs 1-142 as if fully stated herein.

144-149. The allegations in paragraphs 144-149 do not pertain to this Defendant, therefore no response is required

## COUNT XV
## (False Arrest of Ralphael Briscoe)

150.   Defendant Leo incorporates by reference his responses to paragraphs 1-149 as if fully stated herein.

151.   The allegations in paragraph 151 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

152.   The allegations in paragraph 152 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

153.   The allegations in paragraph 153 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

154.   The allegations in paragraph 154 state legal conclusions of the pleader to which no response is required.

155. Defendant Leo denies that allegations in paragraph 155.

156. The allegations in paragraph 156 state legal conclusions of the pleader to which no response is required.

## COUNT XVI
### (Negligent Infliction of Emotional Distress Suffered by Ralphael Briscoe)
### (Against the District of Columbia and Leo)

157. Defendant Leo incorporates by reference his responses to paragraphs 1-156 as if fully stated herein.

158. The allegations in paragraph 158 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

159. The allegations in paragraph 159 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

160. The allegations in paragraph 160 state legal conclusions of the pleader to which no response is required.  To the extent a response is required, the allegations are denied.

161. The allegations in paragraph 161 state legal conclusions of the pleader to which no response is required.

162. Defendant Leo denies the allegations in paragraph 162.

163. The allegations in paragraph 163 state legal conclusions of the pleader to which no response is required.

## COUNT XVII
### (Negligent Infliction of Emotional Distress Suffered by Ralphael Briscoe)
### (Against the District of Columbia and Sharpton)

164. Defendant Leo incorporates by reference his responses to paragraphs 1-164 as if fully stated herein.

165.–170.  The allegations in paragraphs 164-170 do not pertain to this Defendant, therefore no response is required.

## COUNT XVIII
### (Negligent Infliction of Emotional Distress Suffered by Ralphael Briscoe)
### (Against the District of Columbia and Rivera)

171.    Defendant Leo incorporates by reference his responses to paragraphs 1-170 as if fully stated herein.

172.– 177.  The allegations in paragraphs 171-172 do not pertain to this Defendant, therefore no response is required.

## COUNT XIX
### (Common Law Negligence in Hiring Training and Supervision and Retention Leading to the Mistreatment of Ralphael Briscoe)
### (Against the District of Columbia and Guillermo Rivera)

178.    Defendant Leo incorporates by reference his responses to paragraphs 1-177 as if fully stated herein.

179.–183.  The allegations in paragraphs 179-183 do not pertain to this Defendant, therefore no response is required.

## COUNT XX
### (Negligence)

184.    Defendant Leo incorporates by reference his responses to paragraphs 1-183 as if fully stated herein.

185.    The allegations in paragraph 185 state legal conclusions of the pleader to which no response is required.

186.    The allegations in paragraph 186 state legal conclusions of the pleader to which no response is required.

187. The allegations in paragraph 187 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

188. The allegations in paragraph 188 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

189. The allegations in paragraph 189 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

190. The allegations in paragraph 190 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

191. The allegations in paragraph 191 state legal conclusions of the pleader to which no response is required. To the extent a response is required, the allegations are denied.

192. The allegations in paragraph 192 state legal conclusions of the pleader to which no response is required.

Further answering, Defendant Leo denies anything not specifically admitted or otherwise responded to herein.

### THIRD DEFENSE

Further answering the complaint, the Defendant denies that he is liable to Plaintiff for assault and battery, excessive force, deprivation of constitutional and civil rights, deliberate indifference, negligence and negligent training and supervision.

### FOURTH DEFENSE

Any actions taken by this Defendant were necessary and reasonable under the circumstances and carried out pursuant to lawful authority.

**FIFTH DEFENSE**

If Plaintiff was injured or damaged as alleged, such injuries were the result of Ralphael Briscoe's intentional, illegal, negligent and/or otherwise wrongful conduct.

**SIXTH DEFENSE**

Defendant denies that they are liable for any wrongful conduct in connection with the events described in this Amended Complaint.

**SEVENTH DEFENSE**

This Defendant had probable cause for his actions.

**EIGHTH DEFENSE**

Defendant asserts immunity, qualified immunity, privilege, absence of bad faith, and absence of intent to commit the intentional torts pled by Plaintiff.

**NINTH DEFENSE**

Plaintiff may have failed to mitigate damages.

**TENTH DEFENSE**

The applicable statute of limitations and/or laches may bar the Plaintiff's claims.

**ELEVENTH DEFENSE**

Self-defense or the defense of others may bar Plaintiff's claims.

**TWELFTH DEFENSE**

The action may be barred by issue or claim preclusion.

**JURY DEMAND**

Defendant demands a trial by jury on all issues so triable.

This Defendant reserves the right to Amend his Answer.

WHEREFORE, Defendant prays that the Court will dismiss the Complaint and award Defendant the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Dated: August 27, 2012

        Respectfully submitted,

        IRVIN B. NATHAN
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Patricia A. Oxendine*
        PATRICIA A. OXENDINE
        D.C. Bar No. 428132
        Chief, General Litigation Section IV

        */s/ Kerslyn D. Featherstone*
        KERSLYN D. FEATHERSTONE
        D.C. Bar No. 478758
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6600; (202) 727-6295
        F(202) 741-8924
        E: Kerslyn.featherstone@dc.gov