UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRIDZETTE LANE,**

      Plaintiff,

      v.

**DISTRICT OF COLUMBIA, <u>et al.</u>,**

      Defendants.

Case No. 1:12-cv-00514 (CRC)

**<u>THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS BELOW.  THE FOREPERSON MUST SIGN AND DATE THE COMPLETED VERDICT FORM.</u>**

### SECTION I – LIABILITY

**<u>Fourth Amendment Claim Against Officer Chad Leo Only</u>**

1.    Do you find that Plaintiff Bridzette Lane has proven by a preponderance of the evidence that Defendant Chad Leo used excessive force against Ralphael Briscoe in violation of his Fourth Amendment rights?

    _____                               _____
    YES                                   NO

Please proceed to Question Number 2.

**<u>False Arrest Claim Against Defendants Chad Leo and the District of Columbia</u>**

2.    Do you find that Plaintiff Bridzette Lane has proven by a preponderance of the evidence that Ralphael Briscoe was falsely arrested when he was shot?

    _____                                 _____
    YES                                   NO

Please proceed to Question Number 3.

**Assault Claim Against Defendants Chad Leo and the District of Columbia**

3.     Do you find that Plaintiff Bridzette Lane has proven by a preponderance of the evidence that Defendant Chad Leo committed an assault against Ralphael Briscoe?

_____                                                                  _____
YES                                                                              NO

Please proceed to Question Number 4.

**Battery Claim Against Defendants Chad Leo and the District of Columbia**

4.     Do you find that Plaintiff Bridzette Lane has proven by a preponderance of the evidence that Defendant Chad Leo committed a battery against Ralphael Briscoe?

_____                                                                  _____
YES                                                                              NO

Please proceed to Question Number 5.

**Negligence Claim Against Defendants Chad Leo and the District of Columbia**

5.     Do you find that Plaintiff Bridzette Lane has proven by a preponderance of the evidence her negligence claim against Defendants Chad Leo and the District of Columbia?

_____                                                                  _____
YES                                                                              NO

Please proceed to Question Number 6.

(If you find for Plaintiff as to any of the above claims, please proceed to Section II - Damages.)

## SECTION II - DAMAGES

6. What amount do you award Plaintiff?  $_____

   a. From this award, how much represents financial support from Ralphael Briscoe to Plaintiff Lane?  $_____

   b. From this award, how much represents the value of Ralphael Briscoe's lost services?  $_____

   c. From this award, how much represents the conscious pain and suffering Mr. Briscoe experienced?  $_____

   d. From this award, how much the lost future income Mr. Briscoe suffered as a result of his death?  $_____

Please proceed to Question Number 7.

7. Has Plaintiff proven by clear and convincing evidence that Defendant Chad Leo

   a) acted with evil motive, actual malice, deliberate violence or oppression, or with intent to injure, or in willful disregard for the rights of Ralphael Briscoe,

   **AND**

   b) that Defendant Chad Leo's conduct itself was outrageous, or reckless toward the safety of Ralphael Briscoe?

   _____                                         _____
   YES                                                      NO

If "Yes," please proceed to Question Number 8.

8. What punitive damages, if any, do you award against Defendant Leo?  $_____

## SECTION III – SPECIAL INTERROGATORIES

9. Do you find that Raphael Briscoe had an object in his hand that reasonably looked like a real gun to Defendant Leo at the time Defendant Leo shot Ralphael Briscoe?

_____                                        _____
YES                                                               NO


_____
FOREPERSON


_____
DATE