| EXHIB. NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SEN INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | April 26, 2011 Radio/Run MPD Dispatch (3) | | | | |
| 4 | All Photographs of Crime Scene by Officer Coker (items A - J) | 2/4/15 | 2/4/15 | Officer Eric Coker | 2/10/15 |
| 5 | Portions of the Enhanced CCTV Video of Officer Exiting Silver SUV After the Shooting | | | | |
| 9 | Diagram of crime scene by Officer Coker Date April 26, 2011 | 2/4/15 | 2/4/15 | Coletta Inman | |
| 9C1 | Photo of crime scene marked and identified by Calotta Inman | 2/4/15 | 2/4/15 | Coletta Inman | |
| 11 | Photograph of Metropolitan Police Department Closed Circuit Television Cameras Located in the 2400 Block of Elvans Road, S.E., Washington, DC near the entrance of Park Ridge Apartments taken by Ronald W. Thomas on November 8, 2014 | | | | |
| 12 | Portions of the Enhanced Closed Circuit Television Video Recording of April 26, 2011 Shooting | | | | |
| 7 | Photographs Taken At The Crime Scene Taken by Ronald Thomas on November 8, 2014 | | | | |
| 13 | Closed Circuit Television Video Recording(s) of Crime Scene with Shooting and Post-Shooting- Court | 2/9/15 | 2/9/15 | Coletta Inman | |

| No. | Description | | | |
|---|---|---|---|---|
| 14 | Non-Enhanced Photographs From the Closed Circuit Television Videotape Recording(s) Produced by the District of Columbia | | | |
| 15 | Nine (9) Millimeter casings recovered from the scene of the incident. The government has agreed to produce this evidence which is at the property evidence division  A16 | 2/5/15 | 2/5/15 | officer Chad Leo   2/10/15 |
| 22 | Ralphael Briscoe's Medical records-Washington Hospital Center | 2/4/15 | 2/4/15 | 2/10/15 |
| 23 | Ralphael Briscoe's Medical bills from Washington Hospital Center | | | |
| 25 | Funeral Bills for Ralphael Briscoe | | | |
| 26 | Childhood /Adults photographs of Ralphael Briscoe taken by Bridzette Lane | | | |
| 28 | Photos of Male in Silver SUV at 2400 Elvans Road, S.E., Washington, DC (exhibits 28A-F) A B D E F | 2/5/15 | 2/5/15 | Colette Inman   2/10/15 |
| 35 | Carolyn Revercomb, M.D. Autopsy Report, Date of Autopsy April 27, 2011, signed by Dr. Revercomb on May 6, 2011 | 2/5/15 | 2/5/15 | first & original radiologist   2/10/11 |
| 36 | Government of the District of Columbia Department of Health Certificate of Death for Ralphael Briscoe | | | |
| 37 | Defendant Leo's Training Records | | | |
| 39 | District of Columbia Metropolitan Police Department Use of Force Continuum Diagram from General Order 901.07 | 2/5/15 | 2/5/15 | James Bradley Jr.   2/4/15 |
| 40 | Diagram of entrance wounds from autopsy report | | | |
| 41 | Diagram of exit wounds from Autopsy report | | | |
| 47 | Videotape of Chad Leo's Deposition (Disc 1, February 19, 2014) | 2/6/15   photo Raphael Briscoe | 2/5/15   Bridgette lane | 2/10/15 |

| No. | Description | | | |
|---|---|---|---|---|
| 47A. | Videotape of Chad Leo's Deposition (Disc 2, February 19, 2014 | 2/4/15 | 2/4/15 | |
| 48. | Deposition Transcript of Jordan Katz- February 11, 2014 | | | |
| 49. | Deposition Transcript of Thomas Sheehan- February 11, 2014 | | | |
| 50. | Deposition Transcript of Roberto Torres- April 15, 2014 | | | |
| 51. | Deposition Transcript of Roberto Torres- February 12, 2014 | | | |
| 52. | Confidential portion of Robert Torres' Deposition Transcript – February 12, 2014 | | | |
| 53. | Deposition Transcript of Richard Ehrlich - May 2, 2014 | | | |
| 64. | E-mails Transmitted Between Members of the Metropolitan Police Department- | | | |
| 65. | Ralphael Briscoe Entire force investigation branch report prepared in connection with defendant Leo Fatally shooting Ralphael Briscoe Twice in the back on April 26, 2011 | | after Eric come | |
| 66. | Government of the District of Columbia Metropolitan Police Department May 17, 2011 Firearms Examination Report by Daniel Barrett- Defendant Leo's Service Weapon, Nine-Millimeter Semi-Automatic Luger Glock, Model 17 | | | |
| 67. | Metropolitan Police Department Washington, D.C. April 26, 2011 Supplementary Evidence Report | | | |
| 68. | Left side of plastic bb gun from the date of the incident- April 29, 2011 / The government has agreed to produce this evidence which is at the MPD Evidence Division | | | 2/10/15 |

| # | Description | | | |
|---|---|---|---|---|
| 71 | District of Columbia Metropolitan Police Department General Order, use of Force, 901.07, Effective Date October 7, 2002, Pertinent Section- Shooting from a Moving Vehicle | 2/5/15 | | James Bradley Jr. | 2/10/15 |
| 73 | District of Columbia Metropolitan Police Department General Order Use of Force, 901.07, Effective Date October 7, 2002 | | 2/5/15 | | |
| 75 | District of Columbia Metropolitan Police Department General Order Use of Force, 901.07, Effective Date August 16, 2010 | | | | |
| 80 | District of Columbia Metropolitan Police Department, Metropolitan Police Academy, Recruit Officer Training Program, Lesson Plan Title: Use of Force, Date Prepared: November 2011 | | | | |
| 81 | District of Columbia Metropolitan Police Department General Order Change, Subject GOC-10-04, Effective Date August 16, 2010 | | | | |
| 82 | District of Columbia Metropolitan Police Department General Order, Subject: Collection of Physical Evidence; Utilization of the Crime Scene Search Examination Section and Crime Scene Search officers, Series 304, Number 8, Distribution A, Change Number 2, Effective Date April 30, 1992 | 2/5/15 | | James Bradley Jr. | 2/10/15 |
| 83 | District of Columbia Metropolitan Police Department General Order Change, Subject: Police-Citizen Contacts, Stops and Frisks, Series 304, Number 10, Distribution A, Originating Unit OGC, Effective Date, July 1, 1973 | | | | |
| 85 | District of Columbia Municipal Regulations, Rule 6-A207, use of | 2/5/15 | 2/5/15 | James Bradley Jr. | 2/10/15 |

| No. | Description | | | | |
|---|---|---|---|---|---|
| 86 | Firearms and other weapons, Title 6-A Police Personnel, Chapter 6-A2- General Rules- **admitted** | | | | |
|  | District of Columbia Metropolitan Police Department General Order, Vehicle Pursuits, GO-OPS- 301.03, Effective Date February 25, 2003 | 2/5/15 | 2/5/15 | James Bradley Jr | 2/10/15 |
| 88 | Google Map of the 2400 Block of Elvans Road, S.E., Washington, DC and Stanton Road, S.E., Washington D.C | | | | |
| 90 | April 26, 2011 Transcript of Jordan Katz Radio Traffic | | | | |
| 91 | Picture of Silver Vehicle from Close Circuit Television Video Recording | | | | |
| 92 | Government of the District of Columbia Metropolitan Police department Internal Affairs Division Force Investigations Branch Investigative File report Thomas Sheehan's Statement to Detective John Hendrick on April 26, 2011 | | | | |
| 93 | Photos Taken by Jordan Katz of the Crime Scene on April 26, 2011 BCC-514 | 2/5/15 / 2/11/15 | 3/11/15 / 3/12/15 | Officer Katz detective ... | |
| 94 | Government of the District of Columbia Metropolitan Police department Internal Affairs Division Force Investigations Branch Investigative File report Officer Korson's Statement, Report Prepared by Sergeant Iyalua Gilgeous on February 2, 2012 | | | | |
| 98 | National Oceanic and Atmospheric Administration Weather Report ofr April 26, 2011 between 2:00pm and 3:00pm for the Southeast Quadrant of Washington, DC | 2/4/15 | 2/4/15 | officer Katz | ✓ |
| 99 | Ralphael Briscoe's Cellular Telephone From the April 26, 2011 Incident | | | | 2/10/15 |

| | | | | |
|---|---|---|---|---|
| 100 | E-Mails from the United States Attorney's Office to Officers and/or the District Dated October 26, 2011, October 25, 2011, and October 21, 2011 | | | |
| 104 | District of Columbia Metropolitan Police Department General Order Discharge of A Firearm | | | |
| 114 | Defendant District of Columbia's Answers to Plaintiff's First Set of Interrogatories Dated December 12, 2013 | | | |
| 115 | Defendant District of Columbia's Objections to Plaintiff's Fire Request fir Production of Documents Dated August 26, 2013 | | | |
| 116 | Defendant District of Columbia's Supplemental Reponses to Plaintiff's First Set of Request for Production of Documents Dated March 21, 2104 | | | |
| 117 | Defendant District of Columbia's Responses to Plaintiff's Supplemental Second Request for Production of Documents to Defendant District of Columbia Dated March 21, 2014 | | | |
| 118 | Defendant Chad Leo's Answer to Plaintiff's First Set of Interrogatories Dated September 12, 2013 | | | |
| 119 | Defendant District of Columbia's Supplemental Answers to Plaintiff's Supplemental Second Set of Interrogatories to Defendant the District of Columbia Dated March 21, 2104 | | | |
| 120 | Defendant Chad Leo's Responses and Objections to Plaintiff's Request for Admissions Dated August 26, 2013 | | | |
| 121 | Defendant District of Columbia's | | | |

| | | | | |
|---|---|---|---|---|
| 122 | responses to Plaintiff's Request fir Admissions Dated August 26, 2013 | | | |
| | Metropolitan Police Department Crime Scene Examination Section Evidence Report by Technician Eric S. Coker, Date April 26, 2011 | | | |
| 125 | Latonya Boyd's April 7, 2014 Deposition Transcript | | | |
| 126 | Charles Key's February 21, 2014 Deposition Transcript | | | |
| 127 | Eric Coker's February 12, 2014 Deposition Transcript | | | |
| 128 | Domenic Derricotte's April 7, 2014 Deposition Transcript | | | |
| 129 | Iyalua Gilgeous' February 18, 2014 Deposition Transcript | | | |
| 130 | Caroletta Inman's April 7, 2014 Deposition Transcript | | | |
| 131 | James E. Bradley, Jr.'s February 28, 2014 Deposition Transcript | | | |
| 132 | James King's April 15, 2014 Deposition Transcript | | | |
| 134 | Michael Thornton's February 2, 2014 Deposition Transcript | | | |
| 135 | Zayd Rahman's February 18, 2014 Deposition Transcript | | | |
| 137 | Right side of plastic BB gun from the day of the incident. | 2/4/15 | 2/4/15 | |
| 138 | District of Columbia Metropolitan Police Department General Order GO-PER-120.23, Effective Date January 16, 2014 - **Reserved by Plaintiff** | | Officer Eric Coker 2/10/15 | |
| 140 | Photos of the Black Ford Explorer driven by defendant Chad Leo on the day of the incident, April 26, 2011 | | | |

| No. | Description | | | | Witness | |
|---|---|---|---|---|---|---|
| 141 | District of Columbia Metropolitan Police Department General Order, Duties, Responsibilities and Conduct of Members of the Department, Series 201, Number 26, Effective Date November 10, 1976 | 2/5/15 | | | David Bradley JR | 2/6/15 |
| 143 | CCTV Video clip of the officer in the silver SUV stopping the Metrobus on April 26, 2011 | | | | | |
| 144 | James E. Bradley, Jr.'s Photographs of the Scene of the Incident taken on May 14, 2011 | 2/2/15 | 2/2/15 | | Christopher Tyler | 2/6/15 |
| 145 | Still photographs of portions of the April 26, 2011 CCTV Videotape recording | | | | | |
| 146 | District of Columbia Metropolitan Police Department General Order- Handling of Service Weapon June 12, 2008 | | | | | |
| 147 | All exhibits identified by defendants subject to plaintiff's objections | | | | | |
| T-1 | Statement given to on 4/28 to F.I.T. | 2/10/15 | 2/10/15 | | Officer Torres | 2/10/15 |
| T-2 | Statement given to FIT? | 2/10/15 | 2/10/15 | | Officer Torres | |
| T-3 | Depo p. 33 of Officer Torres | 2/10/15 | 2/10/15 | | Officer Torres | |
| K1 | Drawing of lethal force continuum | 2/4/15 | 2/4/15 | | Officer Katz | |
| K2 | Drawing of people seated in black suv on day of shooting | 2/4/15 | 2/4/15 | | Officer Katz | |
| K-3 | Map of area of shooting by Officer Katz during his testimony | 2/4/15 | 2/4/15 | | Officer Katz | |
| L-1 | Audio Transcript of Officer Leo's interview with F.I.T. on date of shooting | 2/4/15 | | | Officerchad leo | |
| L-2 | | 2/5/15 | 2/5/15 | 2/5/15 | Officerchad leo | 2/10/15 |

Transcript of 2/27/12 Statement — Officer Rosser
Supplement Criminal report — Officer Rosser
Statement of Officer Rosser
Still Photo Diagram

BRIDZETTE LANE

VS

DISTRICT OF COLUMBIA, et al.

Civil/Criminal No 1:12-CV-00514(CRC)

| | EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|---|
| Government | 1 | Portions of CCTV Video of Shooting (Enhanced Version) | 2/9/15 | 2/9/15 | Officer Chadlee | 2/10/15 |
| Plaintiff | 2 | Portions of CCTV Video of Shooting (Non-Enhanced Version) | | | | |
| Defendant | 3A | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| Court | 3B | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| Joint | 3C | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| | 3D | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| | 3E | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| | 3F | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| | 3G | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |
| | 3H | Crime Scene Photographs taken by MPD / Crime Scene and Officer Jordan Katz | | | | |

| | | |
|---|---|---|
| 3I | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3J | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3K | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3L | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3N | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3O | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3P | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 3Q | Crime Scene Photographs taken by MPD | |
| | Crime Scene and Officer Jordan Katz | |
| 4A | Photographs from CCTV Video of Shooting | |
| 4B | Photographs from CCTV Video of Shooting | |
| 4C | Photographs from CCTV Video of Shooting | |
| 4D | Photographs from CCTV Video of Shooting | |
| 4E | Photographs from CCTV Video of Shooting | |
| 4F | Photographs from CCTV Video of Shooting | |
| 4G | Photographs from CCTV Video of Shooting | |
| 4H | Photographs from CCTV Video of Shooting | |
| 4I | Photographs from CCTV Video of Shooting | |
| 4J | Photographs from CCTV Video of Shooting | |
| 4K | Photographs from CCTV Video of Shooting | |

| | | |
|---|---|---|
| 4L | Photographs from CCTV Video of Shooting | |
| 4M | Photographs from CCTV Video of Shooting | |
| 4N | Photographs from CCTV Video of Shooting | |
| 4O | Photographs from CCTV Video of Shooting | |
| 4P | Photographs from CCTV Video of Shooting | |
| 4Q | Photographs from CCTV Video of Shooting | |
| 4R | Photographs from CCTV Video of Shooting | |
| 4S | Photographs from CCTV Video of Shooting | |
| 4T | Photographs from CCTV Video of Shooting | |
| 4U | Photographs from CCTV Video of Shooting | |
| 4V | Photographs from CCTV Video of Shooting | |
| 4W | Photographs from CCTV Video of Shooting | |
| 4Z | Photographs from CCTV Video of Shooting | |
| 4Y | Photographs from CCTV Video of Shooting | |
| 4Z | Photographs from CCTV Video of Shooting | |
| 4AA | Photographs from CCTV Video of Shooting | |
| 4BB | Photographs from CCTV Video of Shooting | |
| 4CC | Photographs from CCTV Video of Shooting | |
| 4DD | Photographs from CCTV Video of Shooting | |
| 4EE | Photographs from CCTV Video of Shooting | |
| 4FF | Photographs from CCTV Video of Shooting | |
| 4GG | Photographs from CCTV Video of Shooting | |
| 4HH | Photographs from CCTV Video of Shooting | |

| | | | | |
|---|---|---|---|---|
| 4II | Photographs from CCTV Video of Shooting | | | |
| 4JJ | Photographs from CCTV Video of Shooting | | | |
| 4KK | Photographs from CCTV Video of Shooting | | | |
| 4LL | Photographs from CCTV Video of Shooting | | | |
| 4MM | Photographs from CCTV Video of Shooting | | | |
| 4NN | Photographs from CCTV Video of Shooting | | | |
| 4OO | Photographs from CCTV Video of Shooting | | | |
| 4PP | Photographs from CCTV Video of Shooting | | | |
| 4QQ | Photographs from CCTV Video of Shooting | | | |
| 4RR | Photographs from CCTV Video of Shooting | | | |
| 4SS | Photographs from CCTV Video of Shooting | | | |
| 4TT | Photographs from CCTV Video of Shooting | | | |
| 4UU | Photographs from CCTV Video of Shooting | | | |
| 4VV | Photographs from CCTV Video of Shooting | | | |
| 4WW | Photographs from CCTV Video of Shooting | | | |
| 4XX | Photographs from CCTV Video of Shooting | | | |
| 4YY | Photographs from CCTV Video of Shooting | | | |
| 4ZZ | Photographs from CCTV Video of Shooting | | | |
| 5A | Photographs from BB gun and comparison real gun | 2/4/15 2/4/15 | Mitchell Collee | 2/10/15 |
| 5B | Photographs of BB gun and comparison real gun | | | |
| 5C | Photographs of BB gun and comparison real gun | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5D | Photographs of BB gun and comparison real gun | | | | |
| 5E | Photographs of BB gun and comparison real gun | | | | |
| 5F | Photographs of BB gun and comparison real gun | | | | |
| 5G | Photographs of BB gun and comparison real gun | | | | |
| 5H | Photographs of BB gun and comparison real gun | | | | |
| 5I | Photographs of BB gun and comparison real gun | | | | |
| 5J | Photographs of BB gun and comparison real gun | | | | |
| 5K | Photographs of BB gun and comparison real gun | | | | |
| 5L | Photographs of BB gun and comparison real gun | | | | |
| 5M | Photographs of BB gun and comparison real gun | | | | |
| 5N | Photographs of BB gun and comparison real gun | | | | |
| 5O | Photographs of BB gun and comparison real gun | | | | |
| 5P | Photographs of BB gun and comparison real gun | | | | |
| 5Q | Photographs of BB gun and comparison real gun | | | | |
| 5R | Photographs of BB gun and comparison real gun | | | | |
| 5S | Photographs of BB gun and comparison real gun | | | | |

| | | | | |
|---|---|---|---|---|
| 5T | Photographs of BB gun and comparison real gun | | | |
| 5U | Photographs of BB gun and comparison real gun | | | |
| 5V | Photographs of BB gun and comparison real gun | | | |
| 6A | Google Maps of area | | | |
| 6B | Google Maps of area | | | |
| 6C | Google Maps of area | | | |
| 6D | Google Maps of area | | | |
| 6E | Google Maps of area | | | |
| 6F | Google Maps of area | | | |
| 6G | Google Maps of area | | | |
| 6H | Google Maps of area | | | |
| 6I | Google Maps of area | | | |
| 6J | Google Maps of area | | | |
| 6K | Google Maps of area | | | |
| 6L | Google Maps of area | | | |
| 6M | Google Maps of area | | | |
| 6N | Google Maps of area | | | |
| 6O | Google Maps of area | | | |
| 6P | Google Maps of area | | | |
| 6Q | Google Maps of area | | | |
| 6R | Google Maps of area | | | |

| No. | Description | | | |
|---|---|---|---|---|
| 6S | Google Maps of area | | | |
| 6T | Google Maps of area | | | |
| 7 (11) | BB gun | 2/2/15 | 2/2/15 | Opening statements | 2/10/15 |
| 8 | Cell Phone | | | |
| 9 | Police Vest | | | |
| 10 | Radio Run Audio (Plaintiff's Exhibit No. 1) | 2/9/15 | 2/9/15 | Screen lite |
| 11 | Screen Capture | 2/9/15 | 2/9/15 | Screen lite |
| 12 | Screen Capture | 2/9/15 | 2/9/15 | Screen lite |
| 13 | Screen Capture | 2/9/15 | 2/9/15 | Screen lite |
| 14 | Screen Capture | 2/9/15 | 2/9/15 | Screen lite | 2/10/15 |